**FAIRFIELD COUNTY, AUGUST TERM, A. D. 1791.**

### SCOVEL V. SMITH.

A justice may not go out of his own town to try causes.

ERROR to reverse a judgment of the County Court on a complaint of said Mary against said Smith, upon the statute to recover maintenance for a. bastard. child, brought before John McCoy, Esq. justice of the peace, belonging to Greenwich;— both the parties belonged to Stamford, and said justice went into Stamford, and there took cognizance of said cause, and recognized said Smith to appear before the County Court and answer to said complaint.

Before the County Court said Smith plead this matter in abatement, and that there were justices of the peace residing and dwelling in said Stamford, who could judge between said parties; and that said proceedings were *coram non judice.* The County Court adjudged said plea to be sufficient; and for that cause this writ of error was brought. And by this court the judgment is affirmed. See the case of Palmer v. Palmer, determined at Fairfield, August Term, A. D. 1790.